UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON GLAZIER,<br>   Plaintiff,<br>  v.<br>BAY AREA CREDIT SERVICES, LLC.,<br>   Defendant. | Case No. 14-cv-01703-MEJ<br><br>**STATUS ORDER** |

This matter is currently scheduled for a Case Management Conference on July 17, 2014. However, as no joint statement has been filed, the Court VACATES the conference and ORDERS Plaintiff Ron Glazier to file a status report by July 31, 2014.

  **IT IS SO ORDERED.**

Dated: July 11, 2014

              _____
               MARIA-ELENA JAMES
               United States Magistrate Judge