UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (San Francisco)
-------------------------------------------------------X
Ron Glazier,

                                                                       Civil Action No.: 3:14-cv-01703-MEJ

                    Plaintiff,

     -against-

Bay Area Credit Services, LLC,

                    Defendant.
---------------------------------------------------X

**GRANTED** — Judge Maria-Elena James

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff Ron Glazier hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. Plaintiff shall file a Notice of Voluntary dismissal within sixty (60) days.

Dated: December 12, 2014

                                                    Respectfully submitted,

                                                    By:  s/ *Timothy Reed, Esq.*
                                                    Timothy Reed, Esq. (242578)
                                                    Fredrick Schulman & Associates

30 East 29th Street, Ste. 204
New York, New York 10016
Telephone: (212)769-1100
Email: info@fschulmanlaw.com

```
All pending deadlines are VACATED.  The parties shall file a dismissal
or status report by February 16, 2015.

IT IS SO ORDERED.


Dated: December 15, 2014
```

