UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------X
Ron Glazier,

                Plaintiff,        Civil Action No.: 3:14-cv-01703-MEJ

    v.

Bay Area Credit Services, LLC,
                Defendant,
---------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Ron Glazier by and through counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant Bay Area Credit Services, LLC.

Dated: January 29, 2015

                **FREDRICK SCHULMAN & ASSOCIATES**

                By:  s/ *Timothy Reed*
                Timothy A. Reed, Esq.
                Fredrick Schulman & Associates
                30 East 29th Street
                New York, New York 10016
                (212) 796-6053
                info@fschulmanlaw.com
                *Attorneys for Plaintiff*

**SO-ORDERED:**

_____

**U.S.D.J.**